UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                            §
                                  §
KARESH MIRROR & GLASS, INC.       §    Case No. 09-33657
                                  §
         Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK, U.S. BANKRUPTCY COURT
> 7th Floor, Federal Building
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 07/15/2011 in Courtroom 201,
> Will County Court Annex Building
> 57 North Ottawa Street
> Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KARESH MIRROR & GLASS, INC. §   Case No. 09-33657
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,009.15 |
| and approved disbursements of | $ | 15.00 |
| leaving a balance on hand of[1] | $ | 14,994.15 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 2,250.92 | $ 0.00 | $ 2,250.92 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 1,369.00 | $ 0.00 | $ 1,369.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,619.92 |
| Remaining Balance | | $ | 11,374.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,493.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 48.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Com Ed | $ 824.33 | $ 0.00 | $ 399.10 |
| 2 | Yellow Book Sales & Distribution Inc | $ 13,897.42 | $ 0.00 | $ 6,728.44 |
| 3 | Industrial Glass Products | $ 510.87 | $ 0.00 | $ 247.34 |
| 4 | Speedway SuperAmerica LLC | $ 4,948.35 | $ 0.00 | $ 2,395.75 |
| 5 | Downers Grove National Bank | $ 3,122.25 | $ 0.00 | $ 1,511.64 |
| 6 | Salem Distributing Co | $ 189.95 | $ 0.00 | $ 91.96 |
| | Total to be paid to timely general unsecured creditors | | $ | 11,374.23 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Davis R. Brown /s/

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                                    Case No. 09-33657-JHS
Karesh Mirror & Glass, Inc.                                               Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: ccabrales              Page 1 of 2                  Date Rcvd: Jun 27, 2011
                               Form ID: pdf006              Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2011.
db            +Karesh Mirror & Glass, Inc.,    1940 Internationale Pkwy,     Unit #400,    Woodridge, IL 60517-5120
aty           +L. Judson Todhunter,    Howard & Howard Attorneys PLLC,     200 S Michigan Ave,
                Chicago, IL 60604-2402
tr            +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,     400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
14434220      +AT&T - Dex,   POB 660835,    Dallas, TX 75266-0835
14434218      +Acuity,   2800 S Taylor Dr,    Sheboygan, WI 53081-8474
14434219      +All Fastener & Const,    805 Forest Wood Dr,    #B,   Romeoville, IL 60446-1282
14434221      +Blue Cross Blue Shield,    Group #P63923,    POB 1186,   Chicago, IL 60690-1186
14434222      +CHM Inc.,   POB 458,    Keokuk, IA 52632-0458
14434223      +Cimco,   1901 S Meyers Rd,    Ste 700,   Oak Brook Terrace, IL 60181-5211
14434224      +Coastal Glass Dist,    POB 41087,   Charleston, SC 29423-1087
14434226      +Downers Grove National Bank,    c/o Eki Williams LLC,    Patrick J. Williams,
                901 Warrenville Road,#175,    Lisle,IL 60532-4379
14434227      +Gardner Glass Products,    5611 Reliable Pkwy,    Chicago, IL 60686-0056
14434228      +GlasSource,   1845 Industrial Park Dr,    Grand Haven, MI 49417-7970
14434229      +Harris Bank,    POB 6201,   Carol Stream, IL 60197-6201
14434230       Hickley Springs,    POB 430578,   Atlanta, GA 30358
14434231      +Home Depot Business,    POB 6925,   The Lakes, NV 88901-6925
14434232      +Home Depot Credit,    POB 6029,   The Lakes, NV 88901-6029
14434233      +IceMountain,   POB 856680,    Louisville, KY 40285-6680
14434234      +Industrial Glass Products,    1477 Connelly Springs Rd,    Lenoir, NC 28645-7824
14434235       Lazare Printing Co,    209-711 W Wrightwood Ave,    Chicago, IL 60614
14434236      +Michael and Angela Karesh,    1524 Hillcrest Rd,    Downers Grove, IL 60516-1737
14434237      +Mid Ohio Tempering,    24163 Network Pl,   Chicago, IL 60673-1241
14434238      +National City,   POB 1030,    Oshtemo, MI 49077-1030
14434240      +Oak Brook Glass,    962 Oak Creek Dr,   Lombard, IL 60148-5789
14434241      +Omega National Products,    POB 4368,   Louisville, KY 40204-0368
14434242      +Related Products,    POB 812,   Bensenville, IL 60106-0812
14434243      +S&S Panel,   647 Thomas Dr,    Bensenville, IL 60106-1622
14434249     ++SPRINT NEXTEL CORRESPONDENCE,     ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                OVERLAND PARK KS 66207-0949
              (address filed with court: Sprint,    POB 4191,    Carol Stream, IL 60197)
14434244      +Salem Distributing Co,    5901 Gun Club Rd,    Winston Salem, NC 27103-9732
14434245      +Scanlon & Leo,    1110 Jorie Blvd,   Oak Brook, IL 60523-2223
14434246      +Serf Associates,    9425 Gulfstream Rd,    Frankfort, IL 60423-2518
14434247      +Silica Glass,    516 N York Rd,   Bensenville, IL 60106-1607
14434248      +Speedway,   POB 740587,    Cincinnati, OH 45274-0587
16332406      +Speedway SuperAmerica LLC,    PO Box 1590,    Springfield, OH 45501-1590
14434250      +Sun Mechanical,    1900 Tyler Rd,   Ste 100,    Saint Charles, IL 60174-3436
14434251      +Torstenson Glass Co,    3233 N Sheffield Ave,    Chicago, IL 60657-2271
14434252      +Waste Management,    POB 4648,   Carol Stream, IL 60197-4648
14942252      +Yellow Book Sales & Distribution Inc,     c/o RMS Bankruptcy Recovery Services (HB,    PO Box 5126,
                Timonium, Maryland 21094-5126
14434253      +Yellowbook USA,    POB 660052,   Dallas, TX 75266-0052

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14434225      +E-mail/Text: legalcollections@comed.com Jun 27 2011 23:34:00      Com Ed,    2100 Swift Drive,
                Attn: Bankruptcy Section/Revenue Managem,    Oakbrook,IL 60523-1559
14434239      +E-mail/Text: bankrup@nicor.com Jun 27 2011 23:31:19      NICOR,    POB 0632,
                Aurora, IL 60507-0632
                                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
aty*          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                Suite 330,   Wheaton, IL 60187-4547
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ccabrales            Page 2 of 2            Date Rcvd: Jun 27, 2011
                              Form ID: pdf006            Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 29, 2011**              **Signature:**    _Joseph Speetjens_